Accelerated DME Recovery, Inc. v Travelers Ins. (2021 NY Slip Op
50955(U))

[*1]

Accelerated DME Recovery, Inc. v Travelers Ins.

2021 NY Slip Op 50955(U) [73 Misc 3d 131(A)]

Decided on October 1, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on October 1, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., MICHELLE WESTON, WAVNY
TOUSSAINT, JJ

2020-707 K C

Accelerated DME Recovery, Inc., as
Assignee of Margaret Galderisi, Respondent,
against
Travelers Ins., Appellant. 

Law Offices of Tina Newsome-Lee (Michael L. Rappaport of counsel), for appellant.
Zara Javakov, P.C. (Victoria Tarasova of counsel), for respondent.

Appeal from a decision and order (one paper) of the Civil Court of the City of New York,
Kings County (Carolyn Walker-Diallo, J.), entered March 12, 2020. The decision and order
awarded plaintiff the sum of $164.01.

ORDERED that the appeal is dismissed. 
In this action to recover assigned first-party no-fault benefits, the Civil Court (Odessa
Kennedy, J.), by order dated November 16, 2017, directed, "The sole issue for trial is for
[defendant] to establish its fee schedule defense." In lieu of a trial, the parties submitted
memoranda, and no testimony was taken. Defendant appeals from a "decision and order" of the
Civil Court (Carolyn Walker-Diallo, J.), which was entered on March 12, 2020 and awarded
plaintiff the sum of $164.01. No judgment has been entered.
To the extent that the March 12, 2020 "decision and order" constitutes an "order," in that it
appears that the parties requested a "Decision ordering" relief, the paper is not appealable as of
right because it did not decide a motion made upon notice (see CCA 1702 [a] [2]; CPLR
2211; Mautner-Glick Corp. v
Tunne, 38 Misc 3d 126[A], 2012 NY Slip Op 52320[U] [App Term, 2d Dept, 2d, 11th
& 13th Jud Dists 2012]; New
Century Osteopathic v State Farm Fire & Cas. Ins. Co., 22 Misc 3d 126[A], 2008
NY Slip Op 52584[U] [App Term, 2d Dept, 2d & 11th Jud Dists 2008]), and we decline to
grant leave to appeal. To the extent that the March 12, 2020 "decision and order" constitutes a
decision, no appeal lies from a decision (see Schicchi v J.A. [*2]Green Constr. Corp., 100 AD2d 509 [1984]; AR Med. Rehabilitation, P.C. v
MVAIC, 65 Misc 3d 138[A], 2019 NY Slip Op 51683[U] [App Term, 2d Dept, 2d, 11th
& 13th Jud Dists 2019]). 
Accordingly, the appeal is dismissed.
ALIOTTA, P.J., WESTON and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: October 1, 2021